(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
09/30/2025
Clerk, U.S. District Court
Western District of Texas

By: _____AQ_____
                      Deputy

**UNITED STATES OF AMERICA** § 
                                       § CASE NUMBER: **EP:25-M -05440(1) LE**
vs.                                           § USM Number:
                                              §
**(1) LIGIA ELENA CASTRO-ALVAREZ** §
             Defendant.

**JUDGMENT IN A CRIMINAL CASE**
Short Form

      The defendant, Ligia Elena CASTRO-Alvarez, was represented by counsel, James Todd Dunham.

      The defendant pled guilty to the Complaint on September 30, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Security Regulation | 09/29/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 09/29/2025 |
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 09/29/2025 |

      As pronounced on September 30, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served plus one (1) business day.** The defendant shall remain in custody pending service of sentence.

      The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

      Signed on this day, September 30, 2025.

                                                                   _____
                                                                   LAURA ENRIQUEZ
                                                                   UNITED STATES MAGISTRATE JUDGE